# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 15, 2024

## NO.  03-23-00744-CV

**Dale Scott Harris, Appellant**

**v.**

**Loose Cannon Industries, LLC; and Inez Y. Escamilla, Appellees**

### APPEAL FROM 335TH DISTRICT COURT OF BASTROP COUNTY
### BEFORE JUSTICES BAKER, TRIANA, AND KELLY
### DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE BAKER

This is an appeal from the interlocutory order signed by the trial court on October 8, 2023. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction.  Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.